Columbia denied. *Messrs. Louis M. Denit* and *Clarence A. Brandenburg* for petitioner. *Mr. Andrew D. Christian* for respondent.

No. 765. KELLY ET AL. *v.* ANAHEIM FIRST NATIONAL BANK ET AL. April 8, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Charles C. Montgomery* for petitioners.

No. 786. CLAWSON & BALS, INC. *v.* HARRISON, COLLECTOR OF INTERNAL REVENUE. April 8, 1940. · Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. E. R. Morrison* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Arnold Raum,* and *George H. Zeutzius* for respondent.

No. 790. VAN CAMP MILK CO. *v.* FRANZEL, TRUSTEE IN BANKRUPTCY, ET AL. April 8, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Paul Y. Davis* and *Kurt F. Pantzer* for petitioner. *Messrs. James W. Noel, Clair McTurnan, William R. Higgins, Denver C. Harlan,* and *Joseph J. Daniels* for respondents.

No. 794. SNIDER *v.* MOORE. April 8, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Cornelius H. Doherty* for petitioner. *Messrs. Seth W. Richardson* and *Alfons B. Landa* for respondent.